AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>RUBISEL HERNANDEZ-LEYVA<br><hr>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.   6:25-mj-003-BU

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rubisel Hernandez-Leyva                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:
On or about January 20, 2025, in the San Angelo Division of the Northern District of Texas, and elsewhere, the defendant, Rubisel Hernandez-Leyva, an alien, was found in the United States after having been removed therefrom on or about September 28, 2018 at or near the Port of Departure in El Paso, Texas, and not having received the express consent of the Attorney General of the United States and Secretary of Homeland Security to apply for readmission to the United States; in violation of Title 8, United States Code, Section 1326.


Date: January 22, 2025

*Issuing officer's signature*

City and state:   Abilene, Texas

John R. Parker, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-22-25 , and the person was arrested on *(date)* 1-22-25<br>at *(city and state)* _____ . |
| Date: 1-23-25<br><br>*Arresting officer's signature*  A201<br><br>Wesley Wood  BPA<br>*Printed name and title* |