IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

FEB 12 2025 PM 2:52
FILED - USDC - NDTX - LU

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:25-CR-005 |
| RUBISEL HERNANDEZ-LEYVA | |

## INDICTMENT

The Grand Jury Charges:

Count One
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. §§ 1326(a), 1326(b)(1), and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about January 20, 2025, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Rubisel Hernandez-Leyva**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at El Paso, Texas, on or about September 28, 2018, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Sections 1326(a), 1326(b)(1), and Title 6, United States Code, Sections 202(3), 202(4), and 557.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY


_____
WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

Rubisel Hernandez-Leyva
Indictment - Page  2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

RUBISEL HERNANDEZ-LEYVA

INDICTMENT

COUNT 1: ILLEGAL RE-ENTRY AFTER DEPORTATION
Title 8, United States Code, Sections 1326(a), 1326(b)(1),
Title 6, United States Code Sections 202(3), 202(4), and 557.
(1 COUNT)

A true bill rendered:

LUBBOCK       *Shanda Rogers*       Foreperson

Filed in open court this 12th day of February A.D. 2025.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
Complaint 6:25-MJ-003-BU filed 01/22/25

*Amy Burch*
UNITED STATES MAGISTRATE JUDGE